E-FILED
Tuesday, 04 April, 2006 02:54:51 PM
Clerk, U.S. District Court, ILCD
FILED

APR 0 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Cedric Dupree (N63566) )
　　　　　　　　Plaintiff, )
VS. GUY Pierce, R. Walker, B. Fairchild, D. Snyder, )
E. VeLasco, N. Odum, & Unknown Lawrence c/o's, )
P. Hastings; c/o Mothershaw, Judy Ellinger sgt, Leonard )
Wayne Germain, DR. Kowalkowski, M. Melvin, J. Garlick )
Psych Dr. Smith, E.; Paula Rich, M. Spencer, S. Mote )
Dennis Larson, Lt Delong, sgt Potts, Benny Dallas, )
John Weathers, Dr. Arthur Funk, Cletus Shaw, A. Altho, )
Henry Teverbaugh, Dr. Gardner, Leslie Ann-Quale, )
Michelle Clark,　　　　Defendant(s) )

Case No. 05 -1028

### COMPLAINT
### (2ND AMMENDED)

42 U.S.C. §1983 (suit against state officials for constitutional violations)

28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

Other _____ N/A _____

*Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, CEDRIC DUPREE _____, and states as follows:

My current address is: P.O.B. 99 #N63566 • 700 W. LINCOLN ST.
PONTIAC, IL. 61764

The defendant GUY PIERCE _____, is employed as WARDEN
8AM - 4PM　PONTIAC PRISON
　　　　　at 700 W. LINCOLN ST. • PONTIAC, IL. 61764

The defendant ERNOSTO VeLASCO _____, is employed as DIRECTORS (E.F.O.I. DIRECTOR)
ROGER R WALKER, BRIAN FAIRCHILD, DONALD SNYDER AND
I.D.O.C. HeadQuarters
8AM - 4PM　　at 1301 CONCORDIA CRT. SPRINGFIELD, IL. 62794-9277

The defendant HENRY TeverBAUGH & DR Gardner, is employed as LAWRENCE STAFF (CLINICAL SERVICES)
NANCY ODUM & 6-UNKNOWN CORRECTIONAL OFFICERS AND
LAWRENCE PRISON RT. 50 N. LAWRENCE Rd./ P.C. BOX 1000
7AM - 3PM　　at _____ (U.S. Highway 50 EAST) SUMNER, IL. 62466

The defendant Leslie-ANN QUALE _____, is employed as COOK CO. STATES Attorney (Assistant)
8AM- 4PM　　at 2650 S. CALIFORNIA AVE. Chicago, IL. 60608

4.

(revised 9/96)

The defendant **John Weathers** is employed as **Assistant Attorney General** at **500 S. Second ST. Springfield, IL. 62706** 9AM-4PM

Additional defendants and addresses: ALL of these defendants work at Pontiac Prison, 700 W. Lincoln, Pontiac, IL 61764. ALL these work as Pontiac STAFF 7AM-3pm shift.

Dr. Arthur Funk, C. Crusshaw, Angus Mcew, Dr. Larson, Sgt Rhes, Renny Dallas, Dr. Smith(tyns), Paula Rich, Mark Spencer, Wayne Germain, Dr. Kowalkowski, Michael, Malvin, Stephen Huff, Inettick Hastings, C/O Mcwithershaw, Suly Ellinger, Michelle Chezk, Dr. Carlick, John, Sgt. Leonard.

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒     NH

If yes, please describe

B.  Have you brought any other lawsuits in state or federal court while incarcerated?     Yes ☒     No ☐

C.  If your answer to B is yes, how many? 2 Describe the lawsuit in the space below.  (If there s more than one lawsuit, describe the additional lawsuit on another piece of paper using the same outline.)

1.  Parties to previous lawsuit:

Plaintiff(s) Eddie J Dupree

Defendant(s) Warden Early Laster et. Al.

2.  Court (if federal court, give name of district; if state court, give name of county)

U.S. District court For So. Dist of IL. (U.S. Dist court Central Dist.

3.  Docket Number/Judge THE Honorable David Herndon, No. 03-1059-DRH / THE Honorable Harold A. Baker No. 05-1201

$5

4. Basic claim made _Religious (Christian) Rights_ _EXCESSIVE FORSE_

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) (Both) _STILL Pending-REMANDED AFTER APPEALS WHRE SUCCESSFUL_

6. Approximate date of filing of lawsuit _3-03 / 3-05_

7. Approximate date of disposition _I don'T KNOW_

For additional cases, provide the above information in the same format on a separate page.

_NA_

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☑ No ☐

If your answer is no, explain why not _NA_

C. Is the grievance process completed? Yes ☑ No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

_The Honorable Judge BAKER told me don't ATTACH NO eXhiBiTs IN His 3-1-05 ORder_

_9 6_

## STATEMENT OF CLAIM

Place of the occurrence ___ PONTIAC · PRISON & LAWRENCE PRISON

Date of the occurrence ___ (APPROX.) 3-03 till PRESENT (ABOUT)

Witnesses to the occurrence ___ See Below WITNESSES AT " B"

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.
"INTRODUCTION TO CLAIMS"
(PRELIMINARY STATEMENT OF PLAINTIFF)

THIS IS A CIVIL RIGHTS ACTION FILED FOR CEDRIC DUPREE (A STATE PRISONER) FOR DAMAGES, TRO, INJUNCTIVE AND DECLARATORY RELIEF, CONSTITUTIONAL RELIEF RIGHTS, COST AND PRIVACY DAMAGES. PLAINTIFF'S ALLEGING MANY 8th AMMENDMENT VIOLATIONS, PRIVACY AND a constitutional VIOLATIONS & deprivations ALSO STATE facts (ASSULT & BATTERY/Negligence LAW). PLAINTIFF IS COMMITTED TO THE IL. DEPT. OF CORR. FOR NON- VIOLENT OFFENSES, DURING His STAY He's Filed NUMEROUS grievances & LITIGATION AGAINST PRISON OFFICIALS AND STAFF FOR PRISON VIOLATIONS, WHICH HAS NOT SET WELL WITH HIS KEEPERS AND CAREGIVERS, RESULTING IN A "CAMPAIGN" OF RETALIATORY ACTS, LACK OF SERVICES, AND outright CONSTITUTIONAL RIGHTS VIOLATIONS BY DEFENDANTS (All ARE being sued in THEIR OFFICIAL & individual capacities) WHEN IT HAS COME TO PROTECTING PLAINTIFF AND HIS RIGHTS, defendants HAVE INTENTIONALLY REFUSED TO INTERVENE AND HAVE SIMPLY TURNED Their HEADS GIVING PLAINTIFF A DEAF EAR AND EVEN HAVE SABOTAGED PLAINTIFFS Attempts to REPORT OR to HALT the (OR FUTURE) VIOLATIONS, DEFENDANTS CONSPIRED to do so TO COVER-UP THEIR INVOLVEMENT IN/OF THE VIOLATIONS AND THEIR FACILITATION of these acts. DEFENDANTS ALSO HAVE FALSIFIED & WITHHELD REPORTS, MEDICAL RECORDS, FREEDOM OF INFORMATION REPORTS/forms, INVESTIGATIONS, MEDICAL ATTENTION (AND medicines) AND grievances, TO COVER UP THEIR LIABILITY & GROSS-NEGLIGENCE AND (BLATANT) RETALIATORY ACTS, FOR PLAINTIFF'S LITIGATION/exercising HIS CONSTITUTIONAL RIGHTS), THIS COMPLAINT WILL SHOW THE CALCULATED "PATTERN" OF HARASSMENTS, & PLAINTIFF IS THEREFORE entitled to RELIEF FOR THE mentioned VIOLATIONS, FOR HE'S BEEN subjected TO PHYSICAL & MENTAL INJURIES, CRUELTY AND SUFFERING AND HE'S STILL Being subjected to HARM & psychologically INJURIOUS conditions (mentioned & unmentioned), exACERBATING HIS MENTAL HEALTH CONDITION & CAUSING MENTAL ANGUISH (ongoing REOCCURRING & BOUND to HAPPEN AGAIN) thus IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA) AND THE REHABILITATIVE ACT (RA) FOR THE mentioned VIOLATIONS AND the discrimination IN DISCIPLINE AND the DEFENDANTS FAILURE TO ESTABLISH STANDARDS & PROCEDURES & POLICIES FOR THE DISCIPLINE OF THE MENTALLY ILL, IN VIOLATION OF I.DOC. RULES No. 5/3-15-3 (OF 730 ILCS), IN ADDITION DEFENDANTS GERMAINE & WALKER HAVE CONSTANTLY FROM 3-03 till PRESENT (CONSPIRED WITH B. FAIRCHILD to WITH HOLD grievances, RECORDS AND MEDICAL DOCUMENTS (through FREEDOM OF INFORMATION FORMS/ACT) FROM PLAINTIFF, THAT HE MAY NOT SUCCESSFULY PURSUE LEGAL ACTIONS AGAINST DEFENDANTS DENYING PLAINTIFF ACCESS TO THE COURTS AND EXECUTIVE-CLEMENCY PARDON, P. RICH, MARK SPENCER AND SGT. LEONARD ALSO PARTICIPATED IN THIS CONSPIRICY DENYING PLAINTIFF ALSO ACCESS TO HIS LEGAL MATERIALS Photocopies and notary ALL DEFENDANTS mentioned HAVE committed VIOLATIONS IN THIS "CONDITIONS OF CONFINEMENT continued

7.

# "DISIPLINE AND MENTAL HEALTH"

## A.

AFTER PLAINTIFF Filed this suit on 12-20-04 DR. BARICK told me (on 3-1-05) me that IF I didn't drop MY law suit that Held Kick me out of the SOUTH MENTAL HEALTH Unit, thus denying me needed MENTAL HEALTH TREATMENT being deliberately indifferent to A SERIOUS MEDICAL NEED, WARDEN M. MELVIN AND DR. SMITH ALSO WAS PART OF this CONSPIRICY AND PARTICIPATED in the meeting to get me kicked out AFTER I WOULDN'T DROP MY LAW SUIT — THEY ALSO CHANGED MY MEDICATIONS OVER 22 times to MAKE me APPEAR INCOMPITENT AND to EXACERBATE MY MENTAL HEALTH CRISIS WAS THESE INTENTIONAL VIOLATIONS committed to WANTONLY, MALICIOUSLY AND SADISTICALLY INFLICT PAIN & SUFFERING MENTAL & PHYSICAL ON PLAINTIFF).

## B.

PLAINTIFF AT the time OF (INITIAL) Filing of this complaint IS A MENTALLY-ILL patient in Pontiac's Mental Health-WARD, AND HAVE BEEN "STILL" sentenced TO OVER 20 YEARS (ABOUT) in the Hole (VIOLATING 730 ILCS 5/3-8-7 WHICH don't ALLOW ONE PERSON TO SERVE ALL OF that time) causing ATYPICAL HARDSHIP AND MENTAL SUFFERING FOR PLAINTIFF IS CLOSTOPHOBIC-with PANIC ATTACKS) THEN placed on MORE Psychotrophic MEDS by defendants AND investigated But NOT being told NOR NOTIFIED that MY PSYCHOTIC Actions were AGAINST the RULES (AND MY MENTAL HEALTH state never being TAKEN into Account At ALL disciplinary HEARINGS, But Allowed TO CONTINUE MY UNLAWFUL ACTS (that MOSTLY HAPPENED ON SUICIDE WATCH) AND WOULD BE GIVEN AN INITIAL 5 YEARS IN THE hole And AN ADDITIONAL 2½ YEARS IN PRISON, AND ADDITIONAL 25 YRS IN the hole. * HENRY TEVERBAUGH ON 3-21-03 WAS HEARING SOME OF THE MENTIONED DISCIPLINARY REPORTS (ADR'S) while I WAS ON SUICIDE WATCH AND HAVING A PSYCHOTIC EPISODE. Teverbaugh (& C. SHAW on 3-28-03) REFUSED to call PLAINTIFFS PSYCHIATRIST AS (ADR) WITNESSES - VIOLATION PLAINTIFFS DUE PROCESS RIGHTS, NURSE J. ELLINGER REFUSED to CONSISTANTLY HAVE MY PSYCHOTROPHIC MEDICAL MEDICINES TO BE BROUGHT to ME CONSISTANTLY AS DONE FOR officiers AGAINST the HEU to MAKE me seem WITHOUT. AND CAUSING me MENTAL ANGUISH (AND PHYSICAL) TOTALING ABOUT 9 times. DR. GARDNER AND NANCY ODUM (OF the LAWRENCE MENTAL HEALTH STAFF) GAVE PLAINTIFF while ON SUICIDE-WATCH MATERIAL to HANG HIMSELF (ON 3-11-03) DISREGARDING HIS LIFE-FAILURE TO PROTECT PLAINTIFF WHO HARMED BADLY HIS NECK. THEN THEY BY CONSPIRCY with Pierce UNLAWFULLY REMOVED ME OFF SUICIDE WATCH TO BE PROSECUTED BY H. TEVERBAUGH, ALTHOUGH PLAINTIFF HAS, EARLIER HAD A SUICIDE ATTEMPT ON ABOUT 3-21-03 ALSO ON THIS DAY 6. PIERCE HAD 6-UNKNOWN Co's TO BEAT PLAINTIFF IN THE SIGHT OF NURSES & HEU STAFF FOR Litigation AGAINST Him, THEN THEY REFUSED to GIVE ME MEDICAL ATTENTION) THEY" MEANING THE UNKNOWN 6 Co'S WHO BEAT ME). BEING DALLAS ALSO FALSIFIED PLAINTIFFS DISCIPLINARY RECORDS TO SENTENCE PLAINTIFF UNLAWFULLY TO ANOTHER YEAR IN THE HOLE TO INTENTIONALLY EXACERBATE PLAINTIFFS MENTAL HEALTH STATE.

(ALL THE VIOLATIONS ON THIS PAGE HAPPENED FROM 3/03 TILL PRESENT)
* NONE OF THE ODR'S HEARERS CONSIDERED PLAINTIFFS MENTAL STATE NOR WAS THE SIDE EFFECTS OF THE PLAINTIFFS PSYCHOTROPHIC MEDS TAKEN INTO ACCOUNT.

## 2. "DENYING ACCESS TO COURTS"
(LEGAL HINDERANCES)

G. Pierce, BRYAN FAIRCHILD, WAYNE GERMAIN, Cpl Hottershaw WALKER, S. Mote, PAULA RICH, Sgt. Potts, Sgt. LEONARD, Lt deLong, LtQuade MARK SPENCER CONSPIRED TO Hinder MY Access to the courts (And executive clemency) FROM 3-03 till PRESENT. By Their ACTIONS I WASN'T ABLE to File A TIMELY HABEAS CORPUS (which MAKES me do ABOUT 6½ Additional YEARS And WASN'T ABLE to successfully File An exhustive EXECUTIVE CLEMENCY) [IN WHICH I would Be denied FOR THEIR ACTIONS]

These defendants Refused to give me Legal-copies OF MY grievances And exhibits And NOTARIES, they denied me Access TO MY Legal STORED MATERIALS, LAW-LIBRARY. And stole MY LEGAL-MAIL. They ALSO denied me BLANK Freedom OF INFORMATION FORMS that would Be used to Gather Legal information to sue them in court (these totals ARE APPROX. 60) that would expose their unconstitutional AND ILLEGAL ACTS. They ALSO FALSAFIED documents in their conspiracy.

I Reported these incidents to P. HASTINGS, R. WALKER, S. MOTE And GUY Pierce, But they Fail to INTERVENE Because their FACILITATION of these VIOLATIONS would Be exposed AS well As their UNLAWFUL Policies, And FAILURE to intervene TO HALT the violations.

9.

# PRIVACY VIOLATIONS"

IN AN EFFORT TO MAKE ME DROP MY LAWSUITE

ON 10/6/05 A. FUNK, DR. GARLICK, DR. ANGUS ALTON (BOTH PRISON Psychologist), MR. HASTINGS, DR. SMITH DR. LARSEN, Michelle CLARK AND JOHN WEATHERS Conspired together to take MY Mental Health Records And also to cause Shame & Embarassment & humiliation (which I felt with mental Anguish) Put MY Private Records on the internet and made it Public Record without my PRIOR Knowledge consent NOR Release. They did Not Accuire A Order of HIPA (Health Insurance Portability And Accountabilty Act) Required BY LAW (Pursuant to 45 CFR 164.512) to prevent unauthorized disclosure of PRIVATE/confidential health INFORMATION for the purposes of Litigation. The Mental-Health STAFF (ALSO DR. LARSEN) Put me on suicide watch unlawfully (And Nude) with held me FROM MY Psychological TREATMENT in the Mental Health Unit All with those same intents (And mentioned Above) UNJUSTIFIABLY & SAdistically & maciously to intentionaly cause me the HARM they Inflicted - The Drs. ALSO would Parade me Nude before school-children, tours, other inmates And NON-essential STAFF & EMPLOYEES Like A Slave on AVchin (see Exhbit "B")

NOTE: (ALL these Violations being 25-times or more occured between 3-3-05 till Present And Hastings, Refused to Properly investigate to Put A End to these Violations After being Placed on Notice over 200 times) they Refuse to turn over Records so I can get the specific Dates to sabatoge this law suit.

E. Velasco & J. Snyder officially inadequately

10.

## RELIEF REQUESTED

### A.

Award Punitive, Compensatory And Nominal damages in the total amount of 170-Million For the Physical And Mental Anguish (And Abuse And Injuries) Substained By Plaintiff as The Result of Defendants Involvement And Liability And Negligence in the Mentioned incidents. The Following Defendants Are to Pay Jointly and severally that total (170 Million): Guy Pierce, Lt. Delong, Sgt. Leonard, Sgt. Potts, B. Dallas, D. Snyder, Michelle Clark, Ingus Alton, J. Ellinger, L.Pule, C/O Mottershaw, P. Hastings, E. Velasco, John Weathers, D. Larson, Brian Fairchild, R. Walker, S. Mote, Mark Spencer, Palva Rich, Dr. Smith, Wayne Germain, Dr. Gardner, C. Shaw, Mike Melvin, Dr. Kowalkowski, Henry Teverbaugh, Nancy Odum, 6-Unknown Prison guards (at Lawrence c.c.), D. Funk.

### B.

Award 110-Million Jointly And severally Against The Following Defendants For their involvement in Plaintiffs Punishment (in The due Process violations) Mental & Physical injuries that may have occurred in connection with Plaintiffs disciplinary Hearings And violated rights. Those Defendants Are: Dr. Gardner, Cletus Shaw, G. Pierce, E. Velasco, R. Walker, D. Snyder, B. Dallas, H. Teverbaugh

### C.

Award 110-Million For Plaintiffs Pain And Suffering (mentally & Physically) And Injuries Resulting From the Following defendants Failure to Provide Adequate Medical/Social/Mental-Health Care to Plaintiff. The Defendants Are As Follows: Dr. Dennis Larson, Dr. A. Funk, Dr. Kowalkowski, Dr. Smith, Nancy Odum, Dr. Gardner, Dr. Ingus Alton,

### D.

Award Plaintiff "Cost" And Attorney Fees incurred in The Prosecution of this case.

### E.

Grant Plaintiff A TRO, Injunctive And declaratory Relief (with state Tort And Negligence Law Relief).

### F.

Grant such other Relief As it may be that Plaintiffs entitled to.

NOTE: JURY DEMAND PLEASE-YES!

Cedric Dupree. N63566. Pontiac IL. 61764/5/ Cedric Dupree

Signed this day of: 2/14/06 2nd Amended
3/14/05 1st Amended
12/20/04 FILED

116



EXHIBIT
"B"
CONDITIONS OF
CONFINEMENT
CASE

Referred to
ON PAGE _10_

PRIVACY Violations

12c

IN THE

U.S. District Court
Central Dist. of IL.
Peoria Division

Cedric Dupree (N63566),
**Plaintiff/Petitioner,**

vs.

GUY Pierce ET. Al.,
**Defendant/Respondent**

No. 05-1028

## PROOF/CERTIFICATE OF SERVICE

TO: Office of IL Attorney   TO: _____
General
500 S. Second St.          _____
Springfield, IL.           _____
62706

**PLEASE TAKE NOTICE** that on __2-15-06__, 200_6_, I placed the
documents listed below in the institutional mail at __Pontiac__
Correctional Center, properly addressed to the parties listed above for mailing
through the United States Postal Service: __1983 Complaint__
__Second Ammend__

**Pursuant to 28 USC 1746, 18 USC 1621 or 735. ILCS 5/1-109 I declare, under
penalty of perjury, that I am a named party in the above action, that I have
read the above documents, and that the information contained therein is true
and correct to the best of my knowledge and belief.**

DATED: __2-15-06__          /s/ _____

NAME: __Cedric Dupree__

IDOC No. __N63566__

__Pontiac__ Correctional Ctr.

POB __99__

__Pontiac__, IL.
__61764__

13.