*Dupree v Pierce*

We, the jury, find in favor of each of the defendants and against the plaintiff.

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror

                           s/Foreperson

**FILED**

NOV 03 2009

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS