UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CEDRIC DUPREE,
   Plaintiff,

vs.                                       No. 05-1028 consolidated with
                                          05-1201,

GUY PIERCE, et. al.,
   Defendants

## CASE MANAGEMENT ORDER

     This cause is before the court for consideration of the plaintiff's motion for leave to proceed *in forma pauperis* on appeal. [d/e 214]. Under 28 U.S.C. § 1915(a)(3), the district court is required to determine if the plaintiff's appeal is taken in good faith. "Good faith" within the meaning of § 1915(a)(3) is not about the plaintiff's sincerity in requesting appellate review. Rather, an appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues. *See Cruz v. Hauck*, 404 U.S. 59, 62 (1971); *see also Coppedge v. United States*, 369 U.S. 438, 445 (1962). *See also Lee v Clinton*, 209 F.3d 1025 (7th Cir. 2000).

     On May 6, 2010, the Court indicated that it doubted whether plaintiff's appeal was taken in good faith, and directed the plaintiff to submit a brief stating his grounds for appeal to assist the Court in determining the issue. *see Celske v. Edwards,* 164 F.3d 396, 398 (7th Cir. 1999). The plaintiff has responded. [d/e 216]

     The plaintiff claims evidence of his previous crimes was introduced in violation of pretrial motions. The plaintiff has provided no specific evidence in support of his claim. The court notes that there were no pretrial rulings or motions *in limine* that barred admission of any evidence and evidence of his prior conviction was properly admitted under Federal Rule of Evidence 609.

     The plaintiff next claims that his appointed counsel claimed he would intentionally lose the case. Plaintiff's counsel demonstrated diligent representation throughout this case. In addition, the court has previously noted that the plaintiff has a long history of contentious relations with appointed counsel in his civil lawsuits. *See* May 26, 2009 Case Management Order.

     Finally, the plaintiff claims that his defendants should not have been dismissed before trial. The plaintiff provides no argument or evidence in support of this claim. The Court cannot find a good faith basis for appeal. *See* May 26, 2009 Case Management Order; August 26, 2009 Court Order.

**IT IS THEREFORE ORDERED that:**

**1) The plaintiff's motion for leave to proceed *in forma pauperis* on appeal is denied. The court certifies, pursuant to 28 U.S.C. §1915(a)(3), that the appeal is not in good faith.**

**2) The plaintiff must pay the appellate fees of $455 within 14 days of this order.  See *Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997).  If the plaintiff wishes to contest this Court's finding that the appeal is not taken in good faith, he must file a motion with the Court of Appeals seeking review of this Court's certification within 30 days after service of this order.  See Fed.R.App.P. 24(a).  The clerk is directed to submit a copy of this order to the United States Court of Appeals for the Seventh Circuit**

Enter this 27th day of August, 2010.


\s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE